IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**EDDIE LAMAR THOMAS, JR.,**

                          **Petitioner,**

          v.                                                           CASE NO. 22-3121-JWL

**DON LANGFORD,**

                          **Respondent.**

## MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner's motion for leave to proceed on appeal in forma pauperis. (Doc. 31.) The motion is granted and Petitioner may proceed in forma pauperis in Appeal Number 23-3118.

**IT IS THEREFORE ORDERED** that Petitioner's motion for leave to appeal in forma pauperis (Doc. 31) is **granted**. Copies of this order shall be transmitted to Petitioner and to the Clerk of the U.S. Court of Appeals for the Tenth Circuit.

**IT IS SO ORDERED.**

DATED:   This 27th day of June, 2023, at Kansas City, Kansas.

                                                        S/ John W. Lungstrum

                                                        JOHN W. LUNGSTRUM
                                                        United States District Judge